STATE OF NEW JERSEY v. RICHARD M. FRITZER.

December 20, 1983.

Petition for certification denied.

COMMITTEE FOR THE ABSORPTION OF SOVIET EMIGREES
v. RAMONA CORDERO.

December 20, 1983.

Petition for certification denied.

PARKLAND PRESERVATION FUND, INC. v. UNION
COUNTY BOARD OF CHOSEN FREEHOLDERS.

December 20, 1983.

Petition for certification denied.

BALINT J. MAGYAR v. MARTHA MAGYAR.

December 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. KEITH JOHNSON.

December 20, 1983.

Petition for certification denied.